**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **EUGENE SCALIA, Secretary of Labor, United States Department of Labor,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No:  3:20-CV-00458-VLB** |
| **LOCAL 933, NEW HAVEN FEDERATION OF TEACHERS,** | **February 1, 2021** |
| **Defendant.** | |

**DEFENDANT NHFT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant Local 933, New Haven Federation of Teachers ("NHFT"), respectfully moves the Court, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and District of Connecticut Local Rule 56, for summary judgment. The grounds for this motion are more fully set forth in the accompanying Local 933, New Haven Federation of Teachers's Memorandum of Law in Support of its Cross-Motion for Summary Judgment and in Supplemental Opposition to DOL's Motion for Partial Summary Judgment, and in Defendant NHFT's Combined Local Rule 56(a) Statement of Facts in Support of its Motion for Summary Judgment and in Supplemental Opposition to DOL's Motion for Partial Summary Judgment.

For the reasons given, Defendant NHFT respectfully requests that its motion for summary judgment be granted, that judgment be entered for Defendant, and that Plaintiff's Complaint be dismissed in its entirety.

**ORAL ARGUMENT REQUESTED**

**DATED: February 1, 2021**

s/ *Adam Bellotti*
**Bruce R. Lerner (blerner@bredhoff.com)***
**CT00767**
**Adam Bellotti (abellotti@bredhoff.com)***
**PHV10656**
**BREDHOFF & KAISER, PLLC**
**805 15th St. NW, Suite 1000**
**Washington, DC 20005**
**202-842-2600**
**202-842-1888 (fax)**


**Henry Murray(hfmurray@lapm.org)**
**Federal Bar No. 17234**
**LIVINGSTON, ADLER, PULDA,**
**MEIKLEJOHN & KELLY PC**
**557 Prospect Avenue**
**Hartford, CT 06105**
**860.233.9821**
**860.570.4635 (direct)**
**860.232.7818 (fax)**


***Admitted *pro hac vice***

2