UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Docket No. 3:20CV458 (VLB) |
| VS. | : | |
| LOCAL 933, NEW HAVEN FEDERATION OF TEACHERS, | : | |
| Defendant. | : | August 3, 2021 |

### PLAINTIFF'S NOTICE OF FILING
### CERTIFICATION OF ELECTION
### AND REQUEST FOR ENTRY OF DECREE

Plaintiff, Martin J. Walsh, in his official capacity as Secretary of Labor, commenced this action on April 3, 2020, pursuant to Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. §§ 481-483.  Complaint, ECF No. 1.  The Plaintiff's Complaint sought, *inter alia*, a judgment directing the Defendant to conduct a new election under the supervision of the Plaintiff.  On March 18, 2021, this Court issued its Memorandum of Decision, which provided in relevant part that "the Court agrees with Plaintiff that '[t]he only way to remedy this violation is to conduct a new election,

including new nominations, under the supervision of the Department.'" ECF No. 43 at 45.

Thereafter, the Department of Labor's Office of Management Standards received one pre-election protest, which was investigated and resolved.  A new election was then held on June 15, 2021, which was supervised by the Plaintiff.  The results of the election are now final.  Section 402(c) of the LMRDA requires that after a supervised election, the Secretary must "promptly certify to the court the names of the persons elected, and the court shall thereupon enter a decree declaring such persons to be the officers of the labor organization." 29 U.S.C. § 482(c).

Thus, the Department of Labor now certifies to this Court the name of the person who was elected to serve as the duly elected president of the Defendant.  *See* Certification of Election, attached hereto as Exhibit A, including the Declaration of Tracy Shanker, attached hereto as Exhibit B.  The Department of Labor also certifies that the supervised election was held in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29

U.S.C. § 481-83, and in conformity with the Defendant's constitution and bylaws.  *See* Exhibits A, B.

Based upon the foregoing, the Plaintiff respectfully requests that this Court enter a final decree, declaring that the person certified was elected as shown by the certification.  A proposed Decree is filed herewith for the Court's consideration.

    Respectfully submitted,

    Martin J. Walsh,
    Secretary of Labor

    Leonard C Boyle
    Acting United States Attorney

    */s/ Christine Sciarrino*

    Christine Sciarrino
    Assistant United States Attorney
    157 Church Street, 25TH Floor
    New Haven, Connecticut   06510
    Telephone (203) 821-3700
    Fax: (203) 773-5392
    Email: Christine.Sciarrino@usdoj.gov
    Federal Bar No.: CT03393

## Certification

I hereby certify that on August 3, 2021, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/
                                      **Christine Sciarrino**
                                      **Assistant United States Attorney**