**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARTIN J. WALSH, | : | |
| SECRETARY OF LABOR, | | |
| | : | |
| Plaintiff, | | |
| | : | Docket No. 3:20CV458 (VLB) |
| VS. | | |
| | : | |
| LOCAL 933, NEW HAVEN | | |
| FEDERATION OF TEACHERS, | : | |
| | | |
| Defendant. | : | August 3, 2021 |

**CERTIFICATION OF ELECTION**
**BY UNITED STATES DEPARTMENT OF LABOR**

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to this Court's order entered March 18, 2021 directing Defendant to conduct a new election, including new nominations, under the supervision of the Department, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act ("LMRDA"), 29 U.S.C. §§ 481-83, and in conformity with the constitution and bylaws of the Defendant, insofar as lawful and practicable, therefore:

Pursuant to section 402(c) of the LMRDA, 29 U.S.C. § 482(c), and the authority delegated to me,

IT IS HEREBY CERTIFIED that David Cicarella has been duly elected to the office of President.

Attached herewith is a declaration setting forth the allegations in a pre-election protest of the supervised election and the Department of Labor's findings after the investigation of that protest.

Signed this 3rd day of August 2021.

Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor